UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-312-GCM

| | |
|---|---|
| **JAMES WINSTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **FNU HENDLEY, et al.,** ) | **ORDER** |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1985, addressing incidents that allegedly occurred at the Marion Correctional Institution. [Doc. 1]. On February 5, 2024, the Court dismissed the Complaint on initial review and granted the Plaintiff the opportunity to amend. [Doc. 8]. The Plaintiff filed an Amended Complaint, but pages 3 and 4 of the Complaint form are missing. [See Doc. 9]. The Plaintiff will be granted 21 days within which to file the missing pages with the Court, or to file a superseding Second Amended Complaint. Should the Plaintiff fail to timely comply with this Order, the Court will proceed to review the incomplete Amended Complaint for frivolity.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall file the missing pages of the Amended Complaint, or a superseding Second Amended Complaint, within **twenty-one (21) days of this Order**.

Should the Plaintiff fail to timely comply, the Court will review the incomplete Amended Complaint [Doc. 9] for frivolity.

**IT IS SO ORDERED.**

Signed: March 26, 2024

*Graham C. Mullen*
Graham C. Mullen
United States District Judge